JOHN H. BRINK NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. ACV 10-7178 |
| Plaintiff, ) | CONSENT JUDGMENT |
| v. ) | |
| BARBARA WEBB, AKA ) BARBARA J WEBB-POPOVICH, ) | |
| Defendant, ) | |

Pursuant to the above stipulation of the parties and Federal Rules of Civil Procedure, Rule 55, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, BARBARA WEBB, AKA BARBARA J WEBB-POPOVICH,, as to claim one, in the total amount of $1,228.13 and as to claim two the total amount of $13,159.12 and as to claim three the total amount of $7,684.89 for a total judgment amount of $22,072.14.

Dated: 2/22/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1